UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHILA FISHER,             )<br>                                )<br>            Plaintiff,        )<br>     v.                          )<br>                                )<br>WELLS FARGO BANK, ET AL., )<br>                                )<br>            Defendants.     )<br>_____) | Case No.: C-12-003933 PSG<br><br>**STANDBY ORDER TO SHOW CAUSE** |

The parties have advised the court that the case has settled.[1] Accordingly, the court vacates all pretrial and trial dates. The parties shall file a stipulation of dismissal no later than October 15, 2012. If a stipulation of dismissal is not filed by that date, the parties shall appear on October 16, 2012 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the action pursuant to

---

[1] *See* Docket No. 7.

Case No.: C 12-03933 PSG
STANDBY ORDER TO SHOW CAUSE

Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED**.

Dated:   8/27/2012

*[signature]*
PAUL S. GREWAL
United States Magistrate Judge

Case No.: C 12-03933 PSG
STANDBY ORDER TO SHOW CAUSE