1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11             SAN JOSE DIVISION

12

13   SHILA FISHER,                          )         Case No.: C-12-003933 PSG
                                            )
14              Plaintiff,                  )         **STANDBY ORDER TO SHOW**
        v.                                  )         **CAUSE**
15                                          )
                                            )
16   WELLS FARGO BANK, ET AL.,              )
                                            )
17              Defendants.                 )
     _____)
18

19        The parties have advised the court that the case has settled.[1]  Accordingly, the court

20   vacates all pretrial and trial dates. The parties shall file a stipulation of dismissal no later than

21   October 15, 2012.  If a stipulation of dismissal is not filed by that date, the parties shall appear

22   on October 16, 2012 at 2PM in Courtroom 5, 4th Floor and show cause why the case should not

23   be dismissed.

24        Failure to comply with this Order may result in dismissal of the action pursuant to

25

26

27

28        [1]*See* Docket No. 7.

     Case No.: C 12-03933 PSG
     STANDBY ORDER TO SHOW CAUSE

1 | Federal Rule of Civil Procedure 41(b).

2 |      **IT IS SO ORDERED**.

3 |

Dated:     8/27/2012

4 |

5 |                                                   PAUL S. GREWAL
                                                     United States Magistrate Judge

6 |

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Case No.: C 12-03933 PSG
STANDBY ORDER TO SHOW CAUSE